IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA | **I N D I C T M E N T** |
| v. | Case No. _____ |
| MARTELL RODELL DIXON; and ASHLEY DANA MARIE HOWARD | Violations:  21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), 841(b)(1)(C), and 846; and 18 U.S.C. §§ 924(c)(1)(A) and 2 |

COUNT ONE

**Possession with Intent to Distribute a Controlled Substance**

The Grand Jury Charges:

On or about March 20, 2023, in the District of North Dakota,

ASHLEY DANA MARIE HOWARD

knowingly and intentionally possessed with intent to distribute 40 grams or more of a

mixture and substance containing a detectable amount of fentanyl,[1] a Schedule II

controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

---

[1] 21 U.S.C. § 841(b)(1)(A)(vi): The chemical structure of fentanyl is N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide.

<u>COUNT TWO</u>

**Possession with Intent to Distribute a Controlled Substance**

The Grand Jury Further Charges:

On or about March 20, 2023, in the District of North Dakota,

MARTELL RODELL DIXON

knowingly and intentionally possessed with intent to distribute a mixture and substance

containing a detectable amount of fentanyl,[2] a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

---

[2] 21 U.S.C. § 841(b)(1)(A)(vi): The chemical structure of fentanyl is N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide.

<u>COUNT THREE</u>

**Possession of a Firearm in Furtherance of a Drug Trafficking Crime**

The Grand Jury Further Charges:

On or about March 20, 2023, in the District of North Dakota,

ASHLEY DANA MARIE HOWARD

did knowingly possess firearms, to-wit:

1.  a Glock, Model 17Gen4, 9mm pistol, Serial Number: BDTH974 (a machinegun);

2.  a Kahr Amrs, Model CW45, .45 caliber pistol, Serial Number: SD4067;

3.  a Glock, Model 20Gen 4, 10mm pistol, Serial Number BXRV085;

in furtherance of a drug trafficking crime for which she may be prosecuted in a court of the United States, that is, Possess with Intent to Distribute a Controlled Substance, as set forth in Count One of this Indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A), 924(c)(1)(B)(ii), and 2.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

RML/tl