AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the

District of North Dakota

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 3:23-cr-173 |
| Ashley Dana Marie Howard | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Martell Rodell Dixon

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: Fargo Federal Courthouse<br>655 1st Ave. N.<br>Fargo, ND 58102 | Courtroom No.: |
|---|---|
| | Date and Time: June 11, 2024 at 9:30 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

(SEAL)

Date: 04/29/2024

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____ _____, who requests this subpoena, are:

AO 89  (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No.

## PROOF OF SERVICE

This subpoena for (name of individual and title, if any) __Martell Dixon__
was received by me on (date) __5/22/2024__

☒ I served the subpoena by delivering a copy to the named person as follows: __Personally served Martell Dixon at Cass County Jail__
on (date) __5/22/2024__  ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __5/22/2024__

__DUSM [signature]__
Server's signature

__DUSM Josh Lect__
Printed name and title

__655 1st Ave. N, Suite 110, Fargo, ND 58102__
Server's address

Additional information regarding attempted service, etc:

__Personally served Martell Dixon at Cass Co. Jail on 5/22/2024.__

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>United States of America | COURT CASE NUMBER<br>3:23-cr-173 |
|---|---|
| DEFENDANT<br>Ashely Dana Marie Howard | TYPE OF PROCESS<br>Subpoena |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Martell Rodell Dixon
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Cass County Jail

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Adam Justinger, SW&L Attorneys
adam.justinger@swlattorneys.com

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Mr. Dixon is represented by Rhiannon Gorham. She has stated she will accept service if Mr. Martell is unable to be served at the Cass County Jail.

Signature of Attorney other Originator requesting service on behalf of: [X] DEFENDANT
/s/ Adam Justinger
TELEPHONE NUMBER: 701.297.2890
DATE: 05/08/2024

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. | Total Process: 1 | District of Origin No. 59 | District to Serve No. 59 | Signature of Authorized USMS Deputy or Clerk | Date: 5/22/2024

I hereby certify and return that I [X] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Martell Dixon
Date: 5/22/2024   Time: 1230 [X] pm

Signature of U.S. Marshal or Deputy: DUSM

REMARKS: Personally Served Martell Dixon at Cass County Jail on 5/22/2024.

Form USM-285
Rev. 03/21