## IOS TEXTNOW CHAT

| **CHAT PARTICIPANTS** | |
|---|---|
| Number of participants | 2 |
| Display names | 17015521361 |
| | Pink |
| Local user | Me |
| **CONVERSATION DETAILS** | |
| Number of messages | 89 |
| First message sent date/time | 3/9/2022 1:41:48.000 AM |
| Last message sent date/time | 3/20/2022 10:24:50.000 PM |
| Case time zone | (UTC) Coordinated Universal Time |

**Me**  ↗ Sent
3/9/2022 1:41:48.000 AM
Hey my phone fucked up

**Pink**  ↙ Received
3/9/2022 2:21:25.000 AM
Damn

**Pink**  ↙ Received
3/9/2022 2:21:32.000 AM
I need some

**Pink**  ↙ Received

3/9/2022 2:54:50.000 AM

I got 380

**Pink**

✓ Received

3/9/2022 6:35:26.000 PM

Hey

**Pink**

✓ Received

3/9/2022 6:45:34.000 PM

Can I come by?

**Me**

↗ Sent

3/9/2022 6:48:51.000 PM

Yea I'm here

**Pink**

✓ Received

3/9/2022 6:49:39.000 PM

Can I come get like 25/30?

**Me**

↗ Sent

3/9/2022 7:03:48.000 PM

I need money

**Pink**

✓ Received

3/9/2022 10:28:44.000 PM

Okay

**Pink**

✓ Received

3/9/2022 10:28:50.000 PM

I got 300

**Pink**

✓ Received

3/9/2022 10:46:52.000 PM

I'm here

**Me**

↗ Sent

3/9/2022 10:51:01.000 PM

Come in

**Pink**

✓ Received

3/9/2022 11:42:41.000 PM

Hey ae got a gas card you wanna fill your tank?

**Me**

↗ Sent

3/9/2022 11:43:30.000 PM

Nope I'm cool on the gas cards right now I'll take the food or cash right now

**Pink**

✓ Received

3/10/2022 5:59:06.000 AM

Hey you up

**Me**

↗ Sent

3/10/2022 5:59:44.000 AM

Yea what's up

**Pink**

✓ Received

3/10/2022 6:00:26.000 AM

I need

**Pink**

✓ Received

3/10/2022 6:00:38.000 AM

I got 30

**Me**

↗ Sent

3/10/2022 6:01:09.000 AM

Ok On my way! Back

**Me**

↗ Sent

3/10/2022 6:01:24.000 AM

Ima see if ma up

**Pink**

✓ Received

3/10/2022 11:13:57.000 PM

Aye did you want those subs still?

**Me**

↗ Sent

3/10/2022 11:14:55.000 PM

No not naw

✓ Received

**Pink**

3/11/2022 5:08:09.000 AM

What's up

**Me**

↗ Sent

3/11/2022 5:09:16.000 AM

That old

**Pink**

✓ Received

3/12/2022 1:23:51.000 PM

Hey

**Me**

↗ Sent

3/12/2022 1:24:30.000 PM

What's up

**Pink**

✓ Received

3/12/2022 1:24:48.000 PM

Can I stop by

**Me**

↗ Sent

3/12/2022 1:24:56.000 PM

What u neees

**Pink**

✓ Received

3/12/2022 1:25:11.000 PM

150

**Me**  
↗ Sent  
3/12/2022 1:27:29.000 PM  
Yea

**Pink**  
✓ Received  
3/12/2022 3:37:26.000 PM  
Can I come grab like 20? I have so many people hitting me up for 1 or 2.

**Me**  
↗ Sent  
3/12/2022 3:39:06.000 PM  
Gotta give me a lil bit

**Me**  
↗ Sent  
3/12/2022 3:39:12.000 PM  
I got u tho

**Pink**  
✓ Received  
3/12/2022 4:23:17.000 PM  
Okay lemme know when I can stop by

**Pink**  
✓ Received  
3/12/2022 4:49:44.000 PM  
Hey I got 60

**Pink**  
✓ Received  
3/12/2022 5:50:10.000 PM

> Sorry for blowing you up. But My buddy was trying to grab a couple before he leaves town

**Pink**  ✓ Received
3/12/2022 6:41:28.000 PM

> So I got 60 cash and then xan you front me like 25 or somethint?

**Me**  ↗ Sent
3/12/2022 6:42:21.000 PM

> You here

**Pink**  ✓ Received
3/12/2022 6:45:34.000 PM

> Yeah

**Pink**  ✓ Received
3/12/2022 6:45:51.000 PM

> Running to atm in slammers quick

**Me**  ↗ Sent
3/12/2022 6:45:59.000 PM

> Ok

**Pink**  ✓ Received
3/12/2022 6:46:45.000 PM

> I'm here

**Pink**

✓ Received

3/13/2022 3:49:14.000 PM

What's up

**Me**

↗ Sent

3/13/2022 3:49:28.000 PM

What's up

**Pink**

✓ Received

3/13/2022 3:49:41.000 PM

Can I stop by

**Me**

↗ Sent

3/13/2022 3:49:55.000 PM

Yea what need

**Pink**

✓ Received

3/13/2022 3:50:24.000 PM

Prolly just another 20

**Me**

↗ Sent

3/13/2022 3:50:39.000 PM

Yea

**Pink**

✓ Received

3/13/2022 4:04:45.000 PM

Okkay I'm on my way

**Pink**

✓ Received
3/13/2022 4:12:38.000 PM

I'm here

**Me**

↗ Sent
3/13/2022 4:13:41.000 PM

Ok go in the room

**Pink**

✓ Received
3/13/2022 11:24:27.000 PM

Hey

**Me**

↗ Sent
3/13/2022 11:25:04.000 PM

Hey

**Pink**

✓ Received
3/14/2022 3:50:18.000 AM

Hey you up

**Pink**

✓ Received
3/14/2022 3:50:23.000 AM

Can I stop by

✓ Received

**Pink**
3/14/2022 3:29:30.000 PM
Hey sorry my man was sick all night can I stop by in like 30

↗ Sent
**Me**
3/14/2022 3:30:29.000 PM
Yes that's cool

↗ Sent
**Me**
3/14/2022 4:38:13.000 PM
Come in

✓ Received
**Pink**
3/15/2022 1:23:46.000 AM
Heyy

↗ Sent
**Me**
3/15/2022 1:25:04.000 AM
What's up

✓ Received
**Pink**
3/15/2022 1:26:44.000 AM
Trynna slide through

↗ Sent
**Me**
3/15/2022 1:27:06.000 AM
Ok

**Me**  ↗ Sent
3/15/2022 1:27:14.000 AM
Slide

**Pink**  ✓ Received
3/15/2022 1:28:24.000 AM
I'm in west fargo right now so I'll be a minute

**Me**  ↗ Sent
3/15/2022 1:28:50.000 AM
Ok

**Pink**  ✓ Received
3/15/2022 7:32:35.000 AM
Aye you up?

**Me**  ↗ Sent
3/15/2022 1:27:24.000 PM
Yo what's up

**Pink**  ✓ Received
3/15/2022 4:05:25.000 PM
Heyy

**Me**  ↗ Sent
3/15/2022 7:46:44.000 PM

> Come in

**Pink**

✓ Received

3/16/2022 1:44:18.000 AM

Hey

**Pink**

✓ Received

3/16/2022 1:44:23.000 AM

Can I stop by??

**Me**

↗ Sent

3/16/2022 9:43:00.000 PM

How long

**Pink**

✓ Received

3/16/2022 9:44:31.000 PM

Noe

**Me**

↗ Sent

3/16/2022 9:44:52.000 PM

Huh?

**Pink**

✓ Received

3/17/2022 6:07:57.000 PM

Hey you good?

**Me** ↗ Sent
3/17/2022 6:08:28.000 PM
Yea

**Me** ↗ Sent
3/17/2022 6:52:03.000 PM
Yo what's good

**Pink** ✓ Received
3/17/2022 8:20:03.000 PM
Getting ready to come see you after about minute

**Me** ↗ Sent
3/17/2022 8:27:44.000 PM
Ok

**Me** ↗ Sent
3/17/2022 11:48:03.000 PM
What's the word?

**Me** ↗ Sent
3/18/2022 8:47:30.000 PM
What the card #

**Pink** ✓ Received
3/18/2022 9:06:25.000 PM
1935

**Pink**

✓ Received

3/18/2022 9:06:38.000 PM

My bad I totally spaced

**Me**

↗ Sent

3/18/2022 10:46:55.000 PM

Ok

**Pink**

✓ Received

3/19/2022 9:47:53.000 PM

Hey what time will you be back

**Pink**

✓ Received

3/20/2022 1:49:01.000 AM

What's the word

**Pink**

✓ Received

3/20/2022 8:03:01.000 PM

When will you be back this way?

**Me**

↗ Sent

3/20/2022 10:24:50.000 PM

+1 (651) 592-9837