IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:23-CR-173 |
| Ashley Dana Marie Howard | ) | |
| | ) | |
| Defendant. | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of *habeas corpus*

☐ *Ad Prosequendum*    ☑ *Ad Testificandum*

**Name of Detainee:** Kevin Michael Flynn

**Detained at (custodian):** Clay County Jail

Detainee is:  ☐ (a) charged in this District by:
☐ Indictment   ☐ Information   ☐ Complaint; or
☑ (b) a witness not otherwise available by ordinary process of the Court.

Detainee will: ☑ (a) be returned to the custody of the detaining facility upon termination of proceedings, or
☐ (b) be retained in federal custody until final disposition of federal charges.

Appearance is necessary at: **A jury trial scheduled to begin June 11, 2024 at 9:30 a.m.**

Date: 6/3/2024            */s/ Adam Justinger*

Attorney for Defendant

## WRIT OF HABEAS CORPUS

☐ *Ad Prosequendum*    ☑ *Ad Testificandum*

The above application is **GRANTED**, and the above-named custodian, as well as the United States Marshal for this District, are here by **ORDERED** to produce the named detainee, on the date and time recited above, and **RETAIN** said detainee for all further proceedings as ordered by the Court, after which the detainee shall be **RETURNED** to the original custodian.

Date: 6/4/2024            */s/ Alice R. Senechal*
                          Judge's Signature

### RETURN OF SERVICE

Date:_____   _____   _____
                     Printed Name & Title                        Signature

Instructions:  After completing top portion of form, e-mail the form to the appropriate judge for review and signature.

Rev. 11/16