IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>ASHLEY HOWARD,<br><br>      Defendant. | Case No. 3:23-cr-80<br><br>**UNITED STATES' WITNESS LIST FOR ITS CASE-IN-CHIEF** |

1. Raymond Mosely
2. Scott Voeltz
3. Gabriel Irvis
4. Nathan Boll
5. Charlene Rittenbach
6. Rebecca Williams
7. Chris Holte
8. Christy Gass
9. Martell Dixon