IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ASHLEY DANA MARIE HOWARD | **SUPERSEDING INDICTMENT**<br><br>Case No. _____<br><br>Violations: 21 U.S.C. §§ 841(a)(1), and 841(b)(1)(B), and 18 U.S.C. §§ 924(c)(1)(A), 924(c)(1)(A)(i), and 2 |

COUNT ONE

**Possession with Intent to Distribute a Controlled Substance**

The Grand Jury Charges:

On or about March 20, 2023, in the District of North Dakota,

ASHLEY DANA MARIE HOWARD

knowingly and intentionally possessed with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of fentanyl,[1] a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

---

[1] 21 U.S.C. § 841(b)(1)(A)(vi): The chemical structure of fentanyl is N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide.

## COUNT TWO

**Possession of a Firearm in Furtherance of a Drug Trafficking Crime**

The Grand Jury Further Charges:

On or about March 20, 2023, in the District of North Dakota,

ASHLEY DANA MARIE HOWARD

did knowingly possess firearms, to-wit:

1. a Glock, Model 17Gen4, 9mm pistol, bearing Serial Number: BDTH974;

2. a Kahr Arms, Model CW45, .45 caliber pistol, bearing Serial Number: SD4067; and

3. a Glock, Model 20Gen 4, 10mm pistol, bearing Serial Number BXRV085;

in furtherance of a drug trafficking crime for which she may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute a Controlled Substance, as set forth in Count One of this Superseding Indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A), 924(c)(1)(A)(i), and 2.

A TRUE BILL:

/s/ Foreperson
Foreperson

/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney

RML/alk