USA v.  Ashley Howard
Case No. 23-cr-173
Amended Exhibit List

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | Mosely | Photo Green Dodge Durango<br>Bates 000105 | | | | | | | | |
| 2 | | Mosely | Photo Green Dodge Durango<br>Front ND License 156DLE<br>Bates 000106 | | | | | | | | |
| 3 | | Mosely | Photo Green Dodge Durango<br>Driver's Side<br>Bates 000107 | | | | | | | | |
| 4 | | Mosely | Photo Green Dodge Durango<br>Rear ND License 156DLE<br>Bates 000108 | | | | | | | | |
| 5 | | Boll | Photo Green Dodge Durango<br>Rear Driver's Side Door Open<br>Bates 000109 | | | | | | | | |
| 6 | | Boll | Photo Glock Model 17Gene4,<br>9mm pistol bearing serial<br>BDTH974 w/switch<br>Bates 000110 | | | | | | | | |
| 7 | | Boll | Photo Glock Model 17Gene4,<br>9mm pistol bearing serial<br>BDTH974 w/switch (Closeup)<br>Bates 000111 | | | | | | | | |
| 8 | | Boll | Photo Glock Model 17Gene4,<br>9mm pistol bearing serial<br>BDTH974 w/switch (Closeup)<br>Bates 000112 | | | | | | | | |
| 9 | | Boll | Photo Kahr Arms, Model CW45,<br>45 cal. pistol bearing serial<br>SD4067<br>Bates 000113 | | | | | | | | |
| 10 | | Boll | Photo Kahr Arms, Model CW45,<br>45 cal. pistol bearing serial<br>SD4067<br>Bates 000114 | | | | | | | | |

USA v. Ashley Howard
Case No. 23-cr-173
Amended Exhibit List

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 | | Boll | Photo Kahr Arms, Model CW45, 45 cal. pistol bearing serial SD4067 Bates 000115 | | | | | | | | |
| 12 | | Boll | Photo Kahr Arms, Model CW45, 45 cal. pistol bearing serial SD4067 Bates 000116 | | | | | | | | |
| 13 | | Boll | Photo Kahr Arms Magazine, Model CW45, 45 cal. pistol bearing serial SD4067 Bates 000117 | | | | | | | | |
| 14 | | Boll | Photo Glock Magazine and 12 10mm bullets Bates 000118 | | | | | | | | |
| 15 | | Boll | Photo Glock Model 20Gen4, 10mm pistol bearing serial BXRV085 Bates 000119 | | | | | | | | |
| 16 | | Boll | Photo Glock Model 20Gen4, 10mm pistol bearing serial BXRV085 Bates 000120 | | | | | | | | |
| 17 | | Boll | Photo Glock Model 20Gen4, 10mm pistol bearing serial BXRV085 (Closeup) Bates 000121 | | | | | | | | |
| 18 | | Boll | Photo M30 Fentanyl pills located in Dodge Durango Bates 000122 | | | | | | | | |
| 19 | | Boll | Photo M30 Fentanyl pills located in Dodge Durango Bates 000123 | | | | | | | | |
| 20 | | Boll | Photo Glock Magazine and 12 10mm bullets located in Dodge Durango (Driver's side) Bates 000124 | | | | | | | | |

*F-Foundation only
*A-Admitted into Evidence for all Purposes

USA v. Ashley Howard
Case No. 23-cr-173
Amended Exhibit List

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | | Boll | Photo M30 Fentanyl pills and Glock Magazine w/12 10mm bullets located in Dodge Durango (Driver's side) Bates 000125 | | | | | | | | |
| 22 | | Boll | Photo M30 Fentanyl pills located in Dodge Durango (Passenger side) Bates 000126 | | | | | | | | |
| 23 | | Boll | Photo M30 Fentanyl pills (Closeup) Bates 000127 | | | | | | | | |
| 24 | | Boll | Photo Indiana Dept. of Revenue Certificate  Dodge Charger Bates 000129 | | | | | | | | |
| 25 | | Boll | Photo Indiana Dept. of Revenue Certificate Dodge Charger Bates 000130 | | | | | | | | |
| 26 | | Boll | Photo FedEx Envelope addressed to Martell Dixon Bates 000131 | | | | | | | | |
| 27 | | Boll | Photo FedEx Envelope addressed to Martell Dixon fr Idemia 4250 Pleasant Valley Road, Chantilly VA Bates 000132 | | | | | | | | |
| 28 | | Boll | Photo FedEx Envelope addressed to Martell Dixon fr Idemia 4250 Pleasant Valley Road, Chantilly VA (Closeup) Bates 000133 | | | | | | | | |
| 29 | | Boll | Photo FedEx Envelope addressed to Martell Dixon fr Idemia 4250 Pleasant Valley Road, Chantilly VA Tracking 2 Day 16 Feb 4:30P Bates 000134 | | | | | | | | |

USA v. ASHLEY HOWARD
CASE No. 23-cr-173
AMENDED EXHIBIT LIST

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | | Boll | Photo State of Indiana Certificate of Title for Vehicle re Dodge Charger Bates 000135 | | | | | | | | |
| 31 | | Boll | Photo State of Indiana Certificate of Title for Vehicle re Dodge Charger (Closeup) Bates 000136 | | | | | | | | |
| 32 | | Mosely | Photo Blue Dodge Charger Bates 000137 | | | | | | | | |
| 33 | | Mosely | Photo Front Blue Dodge Charger Bates 000138 | | | | | | | | |
| 34 | | Mosely | Photo Front Blue Dodge Charger (Closeup) Bates 000139 | | | | | | | | |
| 35 | | Mosely | Photo Rear Blue Dodge Charger (Closeup) Bates 000140 | | | | | | | | |
| 36 | | Mosely | Photo Rear Blue Dodge Charger (Passenger side) Bates 000141 | | | | | | | | |
| 37 | | Boll | Photo Driver Side Rear Passenger Door Open Bates 000142 | | | | | | | | |
| 38 | | Boll | Photo Driver Front Door Open Bates 000143 | | | | | | | | |
| 39 | | Boll | Photo Passenger Door w/plastic bag containing M30 pills and loose pills Bates 000144 | | | | | | | | |
| 40 | | Boll | Photo plastic bag containing M30 pills and loose pills Bates 000145 | | | | | | | | |
| 41 | | Boll | Photo plastic bag containing M30 pills and loose pills Bates 000146 | | | | | | | | |

USA v. Ashley Howard
Case No. 23-cr-173
Amended Exhibit List

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 42 | | Boll | Photo open plastic bag containing M30 pills and loose pills Bates 000147 | | | | | | | | |
| 43 | | Mosely | Photo of phone Bates 002215 | | | | | | | | |
| 44 | | Mosely | Text messages Bates 002201-002214 | | | | | | | | |
| 45 | | Mosely | Photo of drugs from cell phone Bates 002200 | | | | | | | | |
| 46 | | Rittenbach | Photo M30 pills Bates 001229 | | | | | | | | |
| 47 | | Rittenbach | Photo of drugs Bates 002196 | | | | | | | | |
| 48 | | Rittenbach | Photo of drugs Bates 002197 | | | | | | | | |
| 49 | | Rittenbach | Photo of drugs Bates 002199 | | | | | | | | |
| 50 | | Rittenbach | Photo M30 pills Bates 001240 | | | | | | | | |
| 51 | | Boll | Video Search of Howard's Vehicle (Full Length) 1:14:58 min. Mar. 20, 2023 | | | | | | | | |
| 51A | | Boll | Video Search of Howard's Vehicle (Clipped) 16:26 min. Mar. 20, 2023, Demonstrative | | | | | | | | |
| 52 | | Holte | Ashley Howard Interview Audio 19:28 min. Mar. 20, 2023 | | | | | | | | |
| 52A | | Holte | Ashley Howard Interview Transcript Bates 002217-002241 Mar. 20, 2023, Court Exhibit | | | | | | | | |

USA v. ASHLEY HOWARD
CASE NO. 23-CR-173
AMENDED EXHIBIT LIST

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 52B | | Holte | Ashley Howard Interview Audio & Transcript Synced 19:28 min. Mar. 20, 2023, Demonstrative | | | | | | | | |
| 53 | | Rebecca Williams | DNA Labs International Certificate of Analysis Report, Jan. 19, 2024 Bates 000568-000573 | | | | | | | | |
| 54 | | Boll | Glock, Model 17Gen4, 9mm pistol, Serial Number: BDTH974 | | | | | | | | |
| 55 | | Boll | Glock, Model 20Gen 4, 10mm pistol, Serial Number BXRV085; | | | | | | | | |
| 56 | | Boll | Kahr Arms, Model CW45, .45 caliber pistol, Serial Number: SD4067 | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

*F-Foundation only
*A-Admitted into Evidence for all Purposes                    June 7, 2024 (3:59PM)

USA v.  Ashley Howard
Case No. 23-cr-173
Amended Exhibit List

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

*F-Foundation only
*A-Admitted into Evidence for all Purposes                    June 7, 2024 (3:59PM)